# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 5:13-MJ-00497 |
| Kima Rashan Downey | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _October 4_, _2013_, at _3:00_ ☐ a.m. / ☒ p.m. before the Honorable _SHERI PYM_, in Courtroom _____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _10-2-13_

SHERI PYM
~~U.S. District Judge~~ / (Magistrate Judge)